**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lenin MENDOZA, Defendant–
Appellant.**

No. 15–10624
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 29, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Erin Elizabeth Hendricks, Dallas, TX, for Defendant–Appellant.·

Lenin Mendoza, Oakdale, LA, pro se.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lenin Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Mendoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

___

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.